UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| HENRY THORNS, | ) | 2:11-CV-01204-PMP-LRL |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SAM'S WEST, INC., *et al.*, | ) | |
| Defendants. | ) | |

This action was commenced September 24, 2010 by the filing of Plaintiff's Complaint in the Eighth Judicial District Court in and for the County of Clark, State of Nevada.  On July 25, 2011, Defendant Sam's West, Inc. removed the action to this Court (Doc. #1).

On August 18, 2011, Plaintiff filed and Emergency Motion to Remand to State Court (Doc. #7).  Defendants have failed to timely respond in opposition to Plaintiff's Motion, and as a result consents to the granting of the relief requested.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion to Remand to State Court (Doc. #7) is **GRANTED**.

Dated: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge