UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HENRY THORNS, | 2:11-CV-01204-PMP-LRL |
| Plaintiff, | |
| v. | ORDER |
| SAM'S WEST, INC., *et al.*, | |
| Defendants. | |

Having read and considered Defendant Engineered Structures, Inc.'s Motion to Dismiss (Doc. #28), Plaintiff's Response in Opposition thereto (Doc. #34) and Defendant Engineered Structures, Inc.'s Reply (Doc. #40), and good cause appearing,

**IT IS ORDERED** that Defendant Engineered Structures, Inc.'s Motion to Dismiss (Doc. #28) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Engineered Structures, Inc.'s Motion for Hearing (Doc. #41) is **DENIED**.

DATED: December 15, 2011.

_____
PHILIP M. PRO
United States District Judge