UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| HENRY THORNS, | ) | 2:11-CV-01204-PMP-LRL |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| SAM'S WEST, INC., *et al.*, | ) | |
| Defendants. | ) | |

The Court having read and considered Defendant Craig Losee Corner's fully briefed Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #33) and good cause appearing,

**IT IS ORDERED** that Defendant Craig Losee Corner's fully briefed Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #33) is **DENIED.**

DATED: December 15, 2011.

_____
PHILIP M. PRO
United States District Judge