1
2
3
4
5                      UNITED STATES DISTRICT COURT

6                           DISTRICT OF NEVADA

7                                  * * *

8   HENRY THORNS,                    )          2:11-CV-01204-PMP-LRL
                                     )
9               Plaintiff,           )
                                     )
10  v.                               )                  ORDER
                                     )
11                                   )
    SAM'S WEST, INC., *et al.*,       )
12                                   )
                Defendants.          )
13  ─────────────────────────────── )

14          The Court having read and considered Defendant Craig Losee Corner's fully

15  briefed  Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #33) and good cause

16  appearing,

17          **IT IS ORDERED** that Defendant Craig Losee Corner's fully briefed  Motion to

18  Dismiss Plaintiff's First Amended Complaint (Doc. #33) is **DENIED.**

19

20  DATED: December 15, 2011.

21

22  _____

23  PHILIP M. PRO
    United States District Judge

24

25

26